**JESSE S. KAPLAN  CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ALBERT GILDING**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ALBERT GILDING,** | No.   2:18-CV-02459-CKD |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 11, 2019.

This is a first extension based on plaintiff's counsel's other work, including other federal court briefs.

Dated:   May 24, 2019                                    /s/    *Jesse S. Kaplan*
                                                                           JESSE S. KAPLAN
                                                                           Attorney for Plaintiff

|  |  |
|---|---|
| | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Counsel, Region IX<br>Social Security Administration |
| Dated: May 24, 2019 | _/s/ per e-mail authorization_<br>JENNIFER A. KENNEY for<br>CAROLYN CHEN<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 11, 2019.

SO ORDERED.

Dated: May 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE