UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GILDING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:18-cv-2459 JAM CKD<br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act ("Act").

On December 26, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDRED that:

1. The December 26, 2019 findings and recommendations are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 14) is denied;

3. The Commissioner's cross-motion for summary judgment (ECF No. 19) is granted; and

4. Judgment is entered for the Commissioner.

DATED: January 22, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE